In re Brown

testified that he spent several weeks in the hospital, and that he is permanently injured, his injuries necessitating his having to wear a brace on his leg for the remainder of his life.

The defendant testified that he was not in Asheville at the time of the robbery and was living in Wilson, North Carolina.

Defendant was convicted of three charges and sentenced to forty-seven years in the State Prison for the kidnapping, fifteen years for the armed robbery, and five years for the lesser included offense of assault with a deadly weapon inflicting serious injury, all sentences to run concurrently.

*Attorney General Robert Morgan by Associate Attorney General Keith L. Jarvis for the State.*

*Robert L. Harrell for defendant appellant.*

CAMPBELL, Judge.

This case presents only the face of the record for review. We have carefully reviewed the record and find no prejudicial error.

No error.

Judges MORRIS and VAUGHN concur.

---

IN THE MATTER OF: RICHARD EVERETTE BROWN, BORN: JAN-UARY 8, 1964 2110 NORTH TRADE STREET WINSTON-SALEM, NORTH CAROLINA

No. 7321DC656

(Filed 3 April 1974)

APPEAL by respondent from *Alexander, Judge,* 25 April 1973 Session of District Court held in FORSYTH County.

This case arose out of petitions alleging that respondent is a delinquent child as defined by G.S. 7A-278(2). The evidence disclosed that respondent along with others participated in a series of robberies from one of his schoolmates. He was found to be delinquent. In a separate order, he was committed to the custody of the North Carolina Board of Youth Development.

*Attorney General Robert Morgan by William Woodward Webb, Associate Attorney, for the State.*

*Legal Aid Society of Forsyth County by Herman L. Stephens for defendant appellant.*

VAUGHN, Judge.

Defendant's assignments of error have been considered. We find no error so prejudicial as to require a new hearing.

Affirmed.

Chief Judge BROCK and Judge PARKER concur.